No. 77–1180. LaFatch v. MM Corp. et al. C. A. 6th Cir. Certiorari denied.

No. 77–1192. Lyons v. Salve Regina College et al. C. A. 1st Cir. Certiorari denied.

No. 77–1194. Lozano v. Texas Mexican Railway Co. C. A. 5th Cir. Certiorari denied.

No. 77–1198. Namirowski v. Nabisco, Inc. C. A. 7th Cir. Certiorari denied.

No. 77–1199. Times-Picayune Publishing Co. v. Forrest. Ct. App. La., 1st Cir. Certiorari denied.

No. 77–1208. Estabrook v. Wise et al. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 77–1210. Alitalia-Linee Aeree Italiane, S. p. A. v. Manufacturers Hanover Trust Co. C. A. 2d Cir. Certiorari denied.

No. 77–1214. Davidson v. Columbia University et al. App Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 77–1223 Super Athletics Corp. et al. v. Universal Athletic Sales Co. C. A. 3d Cir. Certiorari denied.

No. 77–1281. Dillon v. United States. C. A. 10th Cir. Certiorari denied.

No. 77–1291. Trevino v. United States. C. A. 5th Cir. Certiorari denied.

No. 77–1292. Ivey et al. v. United States. C. A. 5th Cir. Certiorari denied.